**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**OLD REPUBLIC INSURANCE COMPANY**                                       **PLAINTIFF**

V.                                                                                            **NO. 3:18-CV-216-SA-JMV**

**OXFORD AIRCRAFT CHARTERS, LLC, et al.**                                     **DEFENDANTS**

## AMENDED ORDER ALLOWING LIMITED JURISDICTIONAL DISCOVERY

By Order [49] dated February 26, 2019, Plaintiff was ordered to show cause why this case should not be dismissed for lack of subject-matter jurisdiction, the Court having notified Plaintiff that the jurisdictional allegations of the Third Amended Complaint remained deficient. In its Response [51] to the Order to Show Cause, Plaintiff presents several untenable arguments in support of the sufficiency of the jurisdictional allegations of the Third Amended Complaint. The undersigned will only reiterate that the Court has an independent obligation to ensure that it has subject-matter jurisdiction over this case, and the fact that jurisdiction has not otherwise been challenged is irrelevant. Nevertheless, the Court is of the opinion that under the circumstances of this case, Plaintiff's request in the alternative for jurisdictional discovery is well taken. Accordingly, Plaintiff is hereby granted leave to propound to Defendant OA and Defendant Farese one interrogatory and one request for production, each, on the very limited jurisdictional issue. Ultimately, Plaintiff shall have forty-five (45) days from this date in which to file a motion for leave to amend the Third Amended Complaint to properly allege subject-matter jurisdiction.

**SO ORDERED** this, the 18th day of March, 2019.

                                                   /s/ Jane M. Virden
                                                   United States Magistrate Judge